Kathryn Tassinari, OSB # 80115
Brent Wells, OSB # 85403
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

TONDRA L. BRAUGHT,            )
                              )   Case No. 10-6071-KI
        Plaintiff,            )
                              )
vs.                           )
                              )   ORDER FOR PAYMENT OF ATTORNEY
MICHAEL J. ASTRUE,            )   FEES PURSUANT TO EAJA
Commissioner, Social Security )
Administration,               )
                              )
        Defendant.            )

Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,516.55 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Payment of this award shall be paid via check made payable to Plaintiff and mailed to Plaintiff's attorneys at Harder, Wells, Baron & Manning, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant to *Astrue v. Ratliff,* the award shall be made payable to Plaintiff's attorney if the commissioner confirms that Plaintiff owes no debt to the government through the federal treasury offset program.

Dated this ____ day of June, 2011.

_____
U.S. District Judge

PRESENTED BY:

s/ Kathryn Tassinari
Harder, Wells, Baron & Manning, P.C.
Of Attorneys for Plaintiff